For reasons stated in the memorandum provided to the parties, we affirm. Rule 84.16(b).

■

**STATE of Missouri, Respondent,**

v.

**Anthony Tyree GRAVES, Appellant.**

**WD 76543**

Missouri Court of Appeals, Western District.

ORDER FILED: November 12, 2014

Chris Koster, Attorney General, Evan J. Buchheim, Assistant Attorney General, Jefferson City, MO, Attorneys for Respondent,

Emmett D. Queener, Assistant Public Defender, Columbia, MO, Attorney for Appellant.

Before Division II: Joseph M. Ellis, Presiding Judge, and Victor C. Howard and Mark D. Pfeiffer, Judges

## Order

Per Curiam:

Anthony Tyree Graves appeals the judgment of the Circuit Court of Boone County, Missouri, finding him guilty, following a jury trial, of unlawful use of a weapon, murder in the second degree, and armed criminal action. Graves asserts that the trial court committed reversible error regarding the admission of evidence. Because a published opinion would have no precedential value, a memorandum of law has been provided to the parties. The judgment is affirmed. Rule 30.25(b).